966

No. 1342. Sun Protection Co. of America v. United States. C. A. 3d Cir. Certiorari denied. *Jacob J. Kilimnik* for petitioner. *Solicitor General Griswold* for the United States.

No. 1384. Modern Plastic Machinery Corp. v. Frank W. Egan & Co. et al.; and
No. 1408. Modern Plastic Machinery Corp. v. Frank W. Egan & Co. et al. C. A. 3d Cir. Certiorari denied. *Ernest G. Montague* for petitioner in both cases. *William K. Kerr* and *David W. Plant* for respondents in both cases.

No. 1385. Long et ux. v. Brunswick Corp. C. A. 4th Cir. Certiorari denied. *J. C. Long* for petitioners. *Robert L. Stern* and *Augustine T. Smythe* for respondent.

No. 1415. Maier Brewing Co. et al. v. Fleischmann Distilling Corp. et al. C. A. 9th Cir. Certiorari denied. *J. Albert Hutchinson* for petitioners. *Moses Lasky* for respondents.

No. 1405. Walker v. Associated Press. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Motion to use record in No. 150, October Term, 1966, granted. Certiorari denied. *William Andress, Jr.,* and *Clyde J. Watts* for petitioner. *William P. Rogers, Leo P. Larkin, Jr., Stanley Godofsky,* and *J. A. Gooch* for respondent.

No. 1223, Misc. Stone v. United States. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.